FILED: August 2, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-6778
(5:19-cv-00088-MGL)

_____

MELODIE SHULER

      Plaintiff - Appellant

v.

ORANGEBURG COUNTY SHERIFF'S DEPARTMENT; SHERIFF LEROY RAVENELL, In his individual and official capacity; CAPTAIN ANTONIA TURKVANT, In her individual and official capacity; CHIEF KENNETH KINSEY, In his individual and official capacity; CAPTAIN LACREA JENKINS, In his individual and official capacity; LIEUTENANT COYLER, In his individual and official capacity; SERGEANT ALLEN HUNTER, In his individual and official capacity; FRANKLIN ASHLEY WILLIAMS, in his individual and official capacity as a deputy sheriff of Orangeburg Sheriff's Office; MICHAEL LAWRENCE, in his individual and official capacity as a deputy sheriff of Orangeburg Sheriff's Office; JOHN STUKE, in his individual and official capacity as a deputy sheriff of Orangeburg Sheriff's Office; DEREK HOWELL, in his individual and official capacity as a deputy sheriff of Orangeburg Sheriff's Office; ANDRE BRISBON, in his individual and official capacity as a deputy sheriff of Orangeburg Sheriff's Office; CHRIS POWELL, in his individual and official capacity as a deputy sheriff of Orangeburg Sheriff's Office

      Defendants - Appellees

_____

O R D E R

_____

The Court assigns David Mitchell Parker to represent Melodie Shuler on

appeal.

Counsel is referred to the memorandum on **Payment of Court-Assigned Counsel** for information on maintaining time and expense records and obtaining a fee exempt PACER account for electronic access to documents in court-assigned cases.

Counsel's assignment to this case as a member of this court's CJA/Discretionary Panels authorizes counsel to obtain and use a fee exempt CJA Panel Attorney account to provide representation in this case.

All case filings must be made using the court's Electronic Case Filing system (CM/ECF). Counsel not yet registered for electronic filing should proceed to the court's web site to register as an ECF filer. See **Required Steps for Registration as an ECF Filer**. All filings must comply with this court's **Memorandum on Sealed and Confidential Materials**. Counsel shall file an **Appearance of Counsel form** within 14 days of the date of this order.

For the Court

/s/ Patricia S. Connor, Clerk